# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1329
_____

DEAN RICHARD SILVER, M.D.,

   Appellant,

   v.

DEPARTMENT OF HEALTH,

   Appellee.

_____

On appeal from the Department of Health – Board of Medicine. Ashleigh K. Irving, Interim Executive Director.

June 18, 2026

PER CURIAM.

   AFFIRMED.

OSTERHAUS, C.J., and ROWE and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dean Richard Silver, M.D., pro se, Appellant.

Sarah Young Hodges, Chief Appellate Counsel, Tallahassee, for Appellee Department of Health.